IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSEPH IGNACIO LEON GUERRERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-249 |
| ) | |
| JAMES G. BLANCHARD; RICHARD ) | |
| GOOLSBY, JR.; and CHARLES ) | |
| WEBSTER DETENTION CENTER ) | |
| PSYCHIATRIC DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of December, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA